IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND N. HAMEL, SR., | ) | 4:08CV3066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (filing 2) is denied.

2. Plaintiff shall pay the required filing fee of $350.00 on or before June 9, 2008.[1]  Absent strict compliance with this order, Plaintiff's action may be dismissed without further notice.

April 7, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge

---

[1] Payment may be made to the clerk's office by cash or credit card.