IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND N. HAMEL, SR., | ) | 4:08CV3066 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is reversed and the cause remanded to the Commissioner for further proceedings in accordance with the court's Memorandum and Order filed this date, including: (1) development of the record to obtain additional information or clarification regarding the medical source opinion provided by Merrill D. Crandall, ACSW/LCSW, on March 9, 2001, that the plaintiff's condition often interferes with attention and concentration; (2) evaluation of Mr. Crandall's opinion for purposes of determining the plaintiff's residual functional capacity; (3) evaluation of the medical source opinion provided by A. James Fix, Ph.D., on July 7, 2005, that the plaintiff has a marked restriction in his ability to interact appropriately with supervisors; and (4) as appropriate, development of the record to obtain the opinion of a vocational expert regarding the workplace effect of any changes to the plaintiff's residual functional capacity based on the aforesaid medical source opinions. The Commissioner is respectfully requested to expedite proceedings on remand as much as possible.

May 18, 2009.                                    BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge